UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROSARIO J CHERAMIE                                    CIVIL ACTION

VERSUS                                                NO:  12-2411

CALLAIS & SONS, LLC                                   SECTION "N" (1)

**J U D G M E N T**

For the reasons set forth in the Court's Reasons for Judgment dated August 28, 2014 (Rec.

Doc. 76) and the Court's Order dated September 24, 2014 (Rec. Doc. No. 81); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of

plaintiff, Rosario J Cheramie and against defendant, Callais & Sons, LLC, awarding plaintiff

maintenance and cure in the amounts of $42,400.00 for maintenance and $60,389.44 for cure.

New Orleans, Louisiana, this __30th__ day of October, 2014.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE